UNITED STATES DISTRICT COURT
Southern District of Florida
Fort Lauderdale Division

CASE NO.: 11-62357-CIV-ZLOCH

DISABILITY ADVOCATES AND COUNSELING
GROUP, INC. and VATRICE PERRIN,

      Plaintiffs,

vs.

S P FOOD, INC.,
d/b/a Burger King,
14820 Griffin Road, Davie, Florida,

      Defendant.
_____/

JOINT NOTICE OF SETTLEMENT, AND MOTION FOR APPROVAL
OF STIPULATION FOR SETTLEMENT AND SUBSEQUENT DISMISSAL
OF ACTION UNDER RULE 41(a)(2), FED.R.CIV.P.

      Plaintiffs, Disability Advocates and Counseling Group, Inc. and Vatrice Perrin and Defendant, S P Food, Inc., by and through undersigned counsel, hereby file this Joint Notice of Settlement, and Motion for Approval of Stipulation for Settlement and Dismissal of Action under Rule 41(a)(2), Fed.R.Civ.P., and hereby inform the Court of and request the following:

      1.      This is an action under Title III of the Americans With Disabilities Act, 42 U.S.C. §12181, *et seq*. ("ADA"), pursuant to which Plaintiffs sought, *inter alia*, to compel Defendant, the owner of the public accommodation which is the subject of this action, to modify those facilities to comply with the ADA.

      2.      Plaintiffs and Defendant have entered into a Stipulation for Settlement regarding this matter. Pursuant to the Stipulation for Settlement, the parties jointly move, under Rule 41(a)(2) Fed.R.Civ.P., that this matter be dismissed, with the Court first reviewing and approving

the Stipulation for Settlement, directing the parties to comply therewith, and retaining jurisdiction over this matter for the enforcement of the Stipulation for Settlement. This joint motion is conditioned on, and shall only be effective upon, the Court reviewing and approving the Stipulation for Settlement, directing the parties to comply therewith, and retaining jurisdiction over this matter for the enforcement of the Stipulation for Settlement and the parties' compliance therewith.

WHEREFORE, Plaintiffs and Defendant respectfully request the Court to enter the proposed Order submitted simultaneously with this notice based upon the Stipulation for Settlement entered into herein, a copy of which will be provided to chambers simultaneously herewith for *in camera* review.

| | |
|---|---|
| **LAW OFFICES OF**<br>**WILLIAM NICHOLAS CHAROUHIS & ASSOCIATES, PA**<br>Counsel for Plaintiffs | **BROAD & CASSEL**<br>Counsel for Defendant |
| By:  *s / William Nicholas Charouhis*<br>    William N. Charouhis, Esq.<br>    Florida Bar No.: 510076<br>    Suite 1750 • Brickell Bayview Centre<br>    Eighty Southwest Eighth Street<br>    Miami, Florida 33130<br>    Tel.: 786.279.5707<br>    Fax : 305.377.8416<br>    wnc@wnclaw.net | By:  *s / Kelly Holbrook*<br>    Kelly Holbrook, Esq<br>    Florida Bar No.: 527084<br>    100 North Tampa Street<br>    Suite 3500<br>    Tampa, Florida 33602<br>    Tel.: 813.225.3031<br>    Fax.: 813.204.2125<br>    kholbrook@broadandcassel.com |
| Dated:   September 12, 2012 | Dated:   September 12, 2012 |

W:\Casefile\!M\ADA\ss\AGREED.ORD\Zloch\S P Food [7677.1][Jt Not Settle][3][09-12-2012][wnc].wpd