UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62357-CIV-ZLOCH

DISABILITY ADVOCATES AND
COUNSELING GROUP, INC. and
VATRICE PERRIN,

      Plaintiffs,

                        **FINAL ORDER OF DISMISSAL**

vs.

S P FOOD, INC. d/b/a BURGER
KING, 14820 GRIFFIN ROAD,
DAVIE, FLORIDA,

      Defendants.
_____/

      THIS MATTER is before the Court upon the Joint Notice Of Settlement, And Motion For Approval Of Stipulation Of Settlement And Subsequent Dismissal Of Action (DE 19) filed herein by all Parties. The Court has carefully reviewed said Motion, the Parties' Settlement Agreement *in camera*, the entire court file and is otherwise fully advised in the premises.

      Accordingly, after due consideration, it is

      **ORDERED AND ADJUDGED** as follows:

      1. The Joint Motion For Approval Of Stipulation For Settlement And Subsequent Dismissal Of Action (DE 19) filed herein by all Parties be and the same is hereby **GRANTED**;

      2. The Parties' Stipulation For Settlement, having been reviewed by the Court *in camera*, be and the same is hereby approved, adopted and ratified by the Court;

3. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot; and

5. The Court will retain jurisdiction over the above-styled cause solely for the purpose of enforcing the Parties' Stipulation For Settlement.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of September, 2012.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record